UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARCOS CHALA, | ) | Case No. 2:09-cv-1511-PMP-GWF |
|             Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| AWO BACA, *et al.*, | ) | Request for Status (#11) |
|             Defendants. | ) | |

       This matter is before the Court on Plaintiff Marcos Chala's Motion Requesting Status (#11), filed May 13, 2010. The Court has not yet completed the screening of Plaintiff's Complaint as required by 28 U.S.C. § 1915A. The Complaint will be screened as soon as the Court's schedule permits and in the order that it was received. Until that time, the Clerk of the Court shall retain the complaint. Accordingly,

       **IT IS HEREBY ORDERED** that Plaintiff's Request for a Status Update (#11) is **granted**. The Clerk of the Court shall prepare a copy of the docket sheet regarding case 2:09-cv-1511-PMP-GWF and send it to Plaintiff at the current address on file for Plaintiff with the Court.

       DATED this 14th day of May, 2010.

                                                             _____
                                                          **GEORGE FOLEY, JR.**
                                                          **United States Magistrate Judge**